UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KY NGO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>K. SEIBEL,<br><br>　　　　Respondent. | No. 2:17-cv-1815 AC P<br><br><br>ORDER |

Petitioner has requested an extension of time to file a response to the September 5, 2017 order to show cause. ECF No. 8. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 8) is granted; and

2. Petitioner shall file a response to the September 5, 2017 order to show cause within thirty days from service of this order.

DATED: October 12, 2017

　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE