UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KY NGO,<br><br>    Petitioner,<br><br>v.<br><br>K. SEIBEL,<br><br>    Respondent. | No. 2:17-cv-1815 AC P<br><br>ORDER AND FINDINGS &<br>RECOMMENDATIONS |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

By order filed September 5, 2017, petitioner was ordered to show cause why the petition should not be dismissed for lack of jurisdiction. ECF No. 7. He was warned that failure to comply with the order would result in dismissal of the petition. Id. On October 13, 2017, the court granted petitioner's request for an extension of time to file his response. ECF No. 9. The time for responding to the order to show cause has now passed and petitioner has neither responded to the order nor sought an additional extension of his deadline.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court randomly assign a United States District Judge to this action.

IT IS FURTHER RECOMMENDED that petitioner's application for a writ of habeas corpus be dismissed without prejudice for failure to prosecute. Fed. R. Civ. P. 41(b).

1

1  These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

DATED: November 29, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE